# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 4:23CR063 |
| | § | 4:25CR190 |
| MARK EXPOSITO | § | |

## ORDER FOR LEAVE TO FILE

Pending before the Court is Defendant's Unopposed Motion for Leave to file Objections to the Presentence Report (Dkt. #18, *sealed*).

It is **ORDERED** that Defendant's Motion for Leave (Dkt. #18, *sealed*) is **GRANTED**.

**SIGNED this 30th day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE