IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:25-CR-190 |
| | § | Judge Mazzant |
| MARK EXPOSITO | § | |

**FINAL ORDER OF FORFEITURE**

On this day came on to be considered the United States' Unopposed Motion for Final Order of Forfeiture. After careful consideration, the Court is of the opinion that the motion has merit and should be granted, as set forth below.

On October 6, 2025, the defendant, Mark Exposito, entered a plea of guilty to Count One of the Information, which charged a violation of 18 U.S.C. § 371 (18 U.S.C. § 641), conspiracy to commit theft of government money or property. Within the Information the Government included a notice of intent to forfeit property involved in the offense pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461. The defendant previously entered into a written plea agreement with the Government. As part of the plea agreement with the United States, the defendant consented to forfeiture of property involved in the offense that is the basis of the Information and the plea agreement. Additionally, Exposito signed a detailed factual basis supporting the plea. Evidence available to the Government indicates that the amount of funds involved in Defendant Exposito's offense and thus subject to forfeiture is $2,784,354.00.

Within its motion for final order of forfeiture the Government seeks forfeiture of in the form of a money judgment in the amount of $2,784,354.00. Fed. R. Crim. P.

32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $2,784,354.00 in the form of a money judgment in that amount, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, and based on the defendant's guilty plea to Count One of the Information, his admissions in the factual resume on file, and the plea agreement that he signed. The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the money judgment in the amount of $2,784,354.00 in whole or in part.

**SIGNED this 10th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE